IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LEE STOWERS, | ) Case No. C 14-3507 PSG (PR) |
|                Petitioner, | ) **ORDER OF TRANSFER** |
|        v. | ) ( AMENDED ) |
| SAN BERNARDINO COUNTY, | ) |
|                Respondent. | ) |

On August 26, 2014, Duane Lee Stowers, a California inmate, filed a *pro se* federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Stowers seeks relief from a criminal conviction in San Bernardino, California. San Bernardino lies in the Central District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.[2] Here, the Central District of California is the district of conviction. Accordingly, this case is TRANSFERRED to the Central District of California.[3] The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

---

[1] *See* 28 U.S.C. § 2241(d).

[2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

[3] *See* 28 U.S.C. § 1404(a).

Case No. C 14-3507 PSG (PR)
ORDER OF TRANSFER

1 | IT IS SO ORDERED.

2 | DATED: 9/9/2014

PAUL S. GREWAL
United States Magistrate Judge

Case No. C 14-3507 PSG (PR)
ORDER OF TRANSFER                2