JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE L. STOWERS, | Case No. EDCV 14-1905-CAS (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SAN BERNARDINO COUNTY, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 10, 2015

_/s/ Christina A. Snyder_____

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE